UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 14-9218-FMO (KS)                  Date: December 7, 2015

Title  *Tommy Roy Keeton v. J. Soto et al*

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:  ORDER TO SHOW CAUSE RE: DISMISSAL**

      On September 11, 2015, based upon Plaintiff's request for a copy of the Court's May 22, 2015 Order dismissing the Complaint with leave to amend and the Court's review of the docket and mailings in this case, the Court *sua sponte* granted Plaintiff a 45-day extension of time to file an amended complaint and sent Plaintiff a copy of the docket and every court order issued in this action.  Plaintiff's amended complaint was due October 26, 2015.

      On November 12, 2015, the Court re-sent that Order and attachments.  However, Plaintiff has not communicated with the Court regarding his case since September 8, 2015.  Accordingly, **Plaintiff is ORDERED TO SHOW CAUSE, on or before December 22, 2015, why this action should not be dismissed for failure to prosecute and comply with court orders.**

      **Plaintiff's failure to timely respond to this order and establish good cause for his failure to comply with the September 15, 2015 order <u>will</u> result in a recommendation to dismiss this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

      IT IS SO ORDERED.

                                                                                                :
**Initials of Preparer**   rh