JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **TOMMY ROY KEETON,** | ) | NO. CV 14-9218-FMO (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER: GRANTING MOTION FOR VOLUNTARY DISMISSAL** |
| **J. SOTO, et al,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

The Court is in receipt of plaintiff's Notice Of Voluntary Dismissal, which was filed on January 19, 2016. (Dkt. No. 26.) Pursuant to Federal Rule of Civil Procedure 41(a), the above captioned matter is dismissed without prejudice. IT IS SO ORDERED.

DATED: February 24, 2016

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1